**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  : Chapter 13
   Riddick, Omar
   Hills, Cynthia Y.  :
      Debtors

: 17-15637

**CERTIFICATE OF SERVICE OF NOTICE OF FILING OF APPLICATION
FOR APPROVAL OF COUNSEL FEES**

I certify that on the date shown below a copy of the APPLICATION FOR APPROVAL OF COUNSEL FEES was served upon the debtor and the NOTICE OF FILING OF APPLICATION FOR APPROVAL OF COUNSEL FEES was served upon the parties listed below, all interested parties and all creditors by mailing such copy by first class, regular U.S. mail, postage prepaid or by electronic means.

September 22, 2018

/"s"/ Mitchell J. Prince, Esquire
Mitchell J. Prince, Esquire
John L. McClain, Esquire
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106


United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Riddick, Omar Hills, Cynthia Y.
505 W Race St,
Stowe, PA 19464