**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                              : Chapter 13
  Riddick, Omar
  Hills, Cynthia Y.
        Debtors              :  17-15637

**ORDER FOR ALLOWANCE OF COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES**

AND NOW, this _23rd_ day of _October_, 2018, upon consideration of the Application for allowance of Compensation and Reimbursement of Expenses filed by Debtor's counsel, IT IS HEREBY

  **ORDERED** that the Application is granted and compensation of $4,500.00 and $28.00 in expenses are **ALLOWED,** and  the unpaid balance of $4,500.00 and $28.00 shall be paid through debtors' Chapter 13 Plan through the office of the Chapter 13 trustee as an administrative priority expense, to the extent provided for by the Debtors' confirmed plan.

_____
    Ashely M. Chan, U.S. Bankruptcy Judge

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

Riddick, Omar Hills, Cynthia Y.
505 W Race St,
Stowe, PA 19464