United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Omar Riddick  
Cynthia Y. Hills  
    Debtors

Case No. 17-15637-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2　　　　User: John　　　　　　Page 1 of 1　　　　　　　　Date Rcvd: Oct 23, 2018  
　　　　　　　　　　　　　Form ID: pdf900　　　Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2018.  
db/jdb　　　　+Omar Riddick,　  Cynthia Y. Hills,　  505 W Race St,,　  Stowe, PA 19464-6733

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg　　　　　　+E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 24 2018 02:15:37　　　U.S. Attorney Office,  
　　　　　　　c/o Virginia Powel, Esq.,　 Room 1250,　 615 Chestnut Street,　 Philadelphia, PA 19106-4404  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 1

　　　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2018　　　　　　　　　　　　　　　　　Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2018 at the address(es) listed below:  
    JOHN L. MCCLAIN　　on behalf of Plaintiff Omar  Riddick aaamcclain@aol.com,　edpabankcourt@aol.com  
    JOHN L. MCCLAIN　　on behalf of Plaintiff Cynthia Y. Hills aaamcclain@aol.com,  edpabankcourt@aol.com  
    JOHN L. MCCLAIN　　on behalf of Joint Debtor Cynthia Y. Hills aaamcclain@aol.com,  edpabankcourt@aol.com  
    JOHN L. MCCLAIN　　on behalf of Debtor Omar  Riddick aaamcclain@aol.com,　edpabankcourt@aol.com  
    KEVIN G. MCDONALD　　on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com  
    LEON P. HALLER    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com  
    MATTEO SAMUEL WEINER    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com  
    MITCHELL J. PRINCE    on behalf of Plaintiff Omar  Riddick aaamcclain@aol.com  
    MITCHELL J. PRINCE    on behalf of Plaintiff Cynthia Y. Hills aaamcclain@aol.com  
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
    WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 11

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : Chapter 13
  Riddick, Omar
  Hills, Cynthia Y.
      Debtors : 17-15637

## ORDER FOR ALLOWANCE OF COMPENSATION
## AND REIMBURSEMENT OF EXPENSES

AND NOW, this  23rd  day of  October , 2018, upon consideration of the Application for allowance of Compensation and Reimbursement of Expenses filed by Debtor's counsel, IT IS HEREBY

**ORDERED** that the Application is granted and compensation of $4,500.00 and $28.00 in expenses are **ALLOWED,** and  the unpaid balance of $4,500.00 and $28.00 shall be paid through debtors' Chapter 13 Plan through the office of the Chapter 13 trustee as an administrative priority expense, to the extent provided for by the Debtors' confirmed plan.

_____
Ashely M. Chan, U.S. Bankruptcy Judge

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

Riddick, Omar Hills, Cynthia Y.
505 W Race St,
Stowe, PA 19464