**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : Chapter 13 |
|     Riddick, Omar | |
|     Hills, Cynthia Y. | :    17-15637 |
|     **Debtors** | : |

## CERTIFICATE OF SERVICE

I certify that copies of the **Debtors' Objection to** the CERTIFICATION OF DEFAULT was served upon the parties listed below, by mailing such copy by first class, regular U.S. mail, postage prepaid or by electronic means on November 16, 2021.

        "/s/"Mitchell J. Prince
        John L. McClain, Esquire
        Mitchell J. Prince, Esquire
        Attorneys for debtors

JOHN L. MCCLAIN & ASSOCIATES
ATTORNEYS AT LAW
PO Box 123
Narberth, PA 19072

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
Attorneys for Movant/Applicant

Kenneth E. West, Trustee
P.O. Box 40119
Philadelphia, PA 19106