## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Cynthia Y. Hills<br>        Omar Riddick | |
| Debtor(s) | CHAPTER 13 |
| PENNSYLVANIA HOUSING FINANCE AGENCY,<br>its successors and/or assigns | |
| Movant | |
| vs. | NO. 17-15637 AMC |
| Cynthia Y. Hills<br>Omar Riddick | |
| Debtor(s) | 11 U.S.C. Section 362 |
| Kenneth E. West Esq. | |
| Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Certification of Default of PENNSYLVANIA HOUSING FINANCE AGENCY, which was filed with the Court on or about **November 11, 2021 (Doc. No. 57)**.

Respectfully submitted,


/s/ Rebecca A. Solarz, Esq.
_____
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215)-627-1322


Dated: January 7, 2022