UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re:                                                                                          Chapter: 13

   Omar Riddick and Cynthia Y. Hills

Debtor(s)                                                                                   Case No: 17−15637−amc

_____

*ORDER*

   AND NOW, January 27, 2023, it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. § 109(h)(4),

   Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), see 11 U.S.C. §1328(a),

   And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

   Accordingly, it is hereby ORDERED that the debtor shall file

   ☐  A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

   ☑  A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

   If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.


                                                                                        For The Court

                                                                                        Ashely M. Chan

                                                                                        Judge ,United States Bankruptcy Court

                                                                                                                            82
                                                                                                                            Form 212