United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-15637-amc |
| Omar Riddick | Chapter 13 |
| Cynthia Y. Hills | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 02, 2023 | Form ID: 138OBJ | Total Noticed: 30 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Omar Riddick, Cynthia Y. Hills, 505 W Race St., Stowe, PA 19464-6733 |
| 13970388 | + | Cre Bushkill Group, Ll, Route 209 Po Box 447, Bushkill, PA 18324-0447 |
| 13970392 | + | John L. McClain and Associates, PO Box 123, Narberth, PA 19072-0123 |
| 13970396 | + | PA Unemployment Fund, Department of Labor, 444 N. 3rd St, Ste 200, Harrisburg, PA 17113 |
| 14033025 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, c/o MATTEO SAMUEL WEINER, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 02 2023 23:49:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 02 2023 23:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13970385 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 02 2023 23:49:00 | Ally Financial, Attn: Bankruptcy, PO Box 380901, Bloomington, MN 55438-0901 |
| 13983039 | | Email/Text: ally@ebn.phinsolutions.com | Feb 02 2023 23:49:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14029504 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 02 2023 23:54:44 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14013947 | + | Email/PDF: rmscedi@recoverycorp.com | Feb 02 2023 23:54:43 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 13970386 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Feb 02 2023 23:54:37 | Capital One Auto Finance, Attn: General Correspondence/Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 13981646 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 02 2023 23:54:37 | Capital One Auto Finance, c/o Ascension Capital Gr, P.O. Box 165028, Irving, TX 75016-5028 |
| 13970387 | + | Email/Text: DATA@COLLECTIONCENTERIND.COM | Feb 02 2023 23:49:00 | Collection Center, Attn Collections/Bankruptcy, PO Box 8666, Lancaster, PA 17604-8666 |
| 13970389 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Feb 02 2023 23:49:00 | Credit Collections Svc, PO Box 773, Needham, MA 02494-0918 |
| 13970391 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 02 2023 23:49:00 | IRS/ Special Procedures, P.O. Box 21125, Philadelphia, PA 19114 |
| 13970393 | ^ | MEBN | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 02, 2023 | Form ID: 138OBJ | Total Noticed: 30 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 02 2023 23:47:55 | KML Law Group, PC, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14016586 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 02 2023 23:54:43 | LVNV Funding, LLC its successors and assigns as, assignee of North Star Capital, Acquisition LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13970397 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 02 2023 23:54:37 | Portfolio Recovery, PO box 41067, Norfolk, VA 23541 |
| 14255297 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 02 2023 23:54:37 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 13982132 | + | Email/PDF: rmscedi@recoverycorp.com | Feb 02 2023 23:54:43 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13970395 | + | Email/Text: blegal@phfa.org | Feb 02 2023 23:49:00 | Pa Housing Finance Age, PO Box 8029, Harrisburg, PA 17105-8029 |
| 14031992 | + | Email/Text: blegal@phfa.org | Feb 02 2023 23:49:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 13970398 | ^ | MEBN | Feb 02 2023 23:47:48 | Receivable Management, 240 Emery St, Bethlehem, PA 18015-1980 |
| 13970399 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Feb 02 2023 23:54:38 | Regional Acceptance Co, 304 Kellm Road, Virginia Beach, VA 23462-2712 |
| 13970400 | + | Email/PDF: tbiedi@PRAGroup.com | Feb 02 2023 23:54:50 | The Bureaus Inc, 650 Dundee Rd, Suite 370, Northbrook, IL 60062-2757 |
| 13973478 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Feb 02 2023 23:54:43 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |
| 14034469 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Feb 02 2023 23:49:00 | US DEPT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 13970401 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Feb 02 2023 23:49:00 | Us Dept Of Ed/Great Lakes Higher Educati, Attn: Bankruptcy, 2401 International Lane, Madison, WI 53704-3121 |
| 14021963 | + | Email/Text: rmcbknotices@wm.com | Feb 02 2023 23:49:00 | Waste Management, 2625 W Grandview Rd Ste 150, Phoenix, AZ 85023-3109 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13970390 | *+ | Cynthia Y. Hills, 505 W Race St,, Stowe, PA 19464-6733 |
| 13970394 | *+ | Omar Riddick, 505 W Race St,, Stowe, PA 19464-6733 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 02, 2023 | Form ID: 138OBJ | Total Noticed: 30 |

Date: Feb 04, 2023    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| JOHN L. MCCLAIN | on behalf of Joint Debtor Cynthia Y. Hills aaamcclain@aol.com edpabankcourt@aol.com |
| JOHN L. MCCLAIN | on behalf of Debtor Omar Riddick aaamcclain@aol.com edpabankcourt@aol.com |
| JOHN L. MCCLAIN | on behalf of Plaintiff Omar Riddick aaamcclain@aol.com edpabankcourt@aol.com |
| JOHN L. MCCLAIN | on behalf of Plaintiff Cynthia Y. Hills aaamcclain@aol.com edpabankcourt@aol.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| LEON P. HALLER | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| MITCHELL J. PRINCE | on behalf of Plaintiff Cynthia Y. Hills aaamcclain@aol.com |
| MITCHELL J. PRINCE | on behalf of Plaintiff Omar Riddick aaamcclain@aol.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 13

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Omar Riddick and Cynthia Y. Hills

      Debtor(s)

Case No: 17−15637−amc

Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

          900 Market Street
            Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 2/2/23