United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-15637-amc |
| Omar Riddick | Chapter 13 |
| Cynthia Y. Hills | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 23, 2023 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Omar Riddick, Cynthia Y. Hills, 505 W Race St., Stowe, PA 19464-6733 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2023           Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | |
| | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| JOHN L. MCCLAIN | |
| | on behalf of Plaintiff Omar Riddick aaamcclain@aol.com  edpabankcourt@aol.com;JLMcClain@jubileebk.net |
| JOHN L. MCCLAIN | |
| | on behalf of Plaintiff Cynthia Y. Hills aaamcclain@aol.com  edpabankcourt@aol.com;JLMcClain@jubileebk.net |
| JOHN L. MCCLAIN | |
| | on behalf of Joint Debtor Cynthia Y. Hills aaamcclain@aol.com  edpabankcourt@aol.com;JLMcClain@jubileebk.net |
| JOHN L. MCCLAIN | |
| | on behalf of Debtor Omar Riddick aaamcclain@aol.com  edpabankcourt@aol.com;JLMcClain@jubileebk.net |
| KENNETH E. WEST | |

District/off: 0313-2                          User: admin                              Page 2 of 2
Date Rcvd: May 23, 2023                       Form ID: 195                             Total Noticed: 1

                              on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
                              ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN G. MCDONALD
                              on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com

LEON P. HALLER
                              on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com
                              dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

MATTEO SAMUEL WEINER
                              on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com

MITCHELL J. PRINCE
                              on behalf of Plaintiff Omar Riddick aaamcclain@aol.com

MITCHELL J. PRINCE
                              on behalf of Plaintiff Cynthia Y. Hills aaamcclain@aol.com

United States Trustee
                              USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*


In re:                                                    : Chapter 13


Omar Riddick and Cynthia Y. Hills                         : Case No. 17−15637−amc
                Debtor(s)


### *ORDER*
_____


AND NOW, this day , May 23, 2023 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.


By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court