**Fill in this information to identify the case:**

Debtor 1: OMAR RIDDICK

Debtor 2 (Spouse, if filing): 

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number: 17-15637-AMC

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: Pennsylvania Housing Finance Agency    Court claim no. (if known): 10

Last 4 digits of any number you use to identify the debtor's account: 1 1 0 3

Date of payment change: Must be at least 21 days after date of this notice    12/01/2020

New total payment: Principal, interest, and escrow, if any    $ 1,284.50

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - ☐ No
   - ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 474.79    New escrow payment: $ 478.29

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - ☑ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%    New interest rate: _____%

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   - ☑ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

Debtor 1  **OMAR RIDDICK**
First Name   Middle Name   Last Name

Case number (if known) **17-15637-AMC**

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✗ **/S/ LEON P. HALLER**
Signature

Date **10/20/2020**

Print: **LEON P. HALLER**
First Name   Middle Name   Last Name

Title **BANKRUPTCY ATTORNEY**

Company **PURCELL KRUG & HALLER**

Address **1719 N. FRONT STREET**
Number   Street

**HARRISBURG**      **PA**   **17102**
City                State   ZIP Code

Contact phone **717 234 4178**

Email **LHALLER@PKH.COM**